# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

   vs.

DONALD PAUL OLSON,

          Defendant.

**CR-19-47-GF-BMM**

**ORDER**

Defendant Donald Paul Olson ("Olson") has moved for early termination of his current term of supervised release. (Doc. 102.) The Court conducted a hearing on Olson's motion on March 18, 2026. (Doc. 57.) The Government deferred to the Court. (*Id*.) The Court deferred ruling on Olson's motion to ensure his compliance with the conditions of supervision until September 1, 2026. (*Id*.) The Court now grants Olson's motion.

Olson pleaded guilty to possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1). (Docs. 18, 20, & 25.) The Court sentenced Olson to the custody of the Bureau of Prisons on February 13, 2020, for a term of 66 months with four years of supervised release to follow. (Docs. 43 & 44.) Olson began his term of supervision on May 26, 2023. (Doc. 53 at 2.) Olson has complied with

the conditions of his supervised released for over one year. (*Id*.) Olson's period of supervision will expire on May 25, 2027. (*Id*.)

Federal law authorizes a defendant to move for termination of their supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Olson's supervised release. Adequate punishment has been imposed that reflects the seriousness of Olson's offense. Olson served 66 months in prison. Olson is scheduled to be discharged from supervised release on May 25, 2027. (Doc. 53 at 2.) Adequate deterrence also has been achieved. Olson's probation officer discovered Olson "engag[ed] in a pattern of substance use" upon a home visit in June 2025. (*Id*. at 2.) Olson's probation officer reports that Olson has complied with all Court ordered conditions since his relapse in 2025. (*Id*. at 3.)

Olson has seen success since his release from prison. Olson continues to participate in therapy. (*Id*.) Olson works for Watson's Top Shop and remains alcohol free. Olson's supervisor describes him as "generally reliable" and "trustworthy." (*Id*.) Olson's co-worker The Court commends Olson for his dedication to remain sober. The early termination of Olson's supervised release comports with the §

3553(a) factors and proves "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, **IT IS HEREBY ORDERED** that Olson's Motion for Early Termination of Supervised Release (Doc. 52) is **GRANTED**. Olson's supervised release will terminate on September 1, 2026, upon further compliance of his conditions on supervised release.

DATED this 18th day of March, 2026.

_____
Brian Morris, Chief District Judge
United States District Court